UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Cause No. 3:09-CR-38(01)RM |
| | ) | |
| LAANTHONY CARRUTHERS | ) | |

OPINION AND ORDER

LaAnthony Carruthers pleaded guilty in September 2009 to being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1) and was sentenced to a term of 57 months' imprisonment. As part of his plea agreement, Mr. Carruthers waived the right to appeal his conviction and sentence or to file any post-conviction proceedings, but is now before the court asking that he be furnished with the following items: a copy of the plea agreement and "all legal paperwork", as well as information about jail time credit.

The court has no information about jail time credit, and it's unclear what "legal paperwork," other than the plea agreement, Mr. Carruthers seeks. To the extent he wants a transcript of any of the proceedings, his right to receive transcripts at government expense under 28 U.S.C. § 753(f) ended when the criminal proceedings in this court ended.[1]

---

[1] 28 U.S.C. § 753(f) provides in pertinent part:
   Fees for transcripts furnished in criminal proceedings to persons proceeding under the Criminal Justice Act (18 U.S.C. § 3006A), or in habeas corpus proceedings to persons allowed to sue, defend, or appeal in forma pauperis, shall be paid by the United States out of moneys appropriated for those purposes. Fees for transcripts furnished in proceedings brought under section 2255 of this title to persons permitted to sue or appeal in forma pauperis shall be paid by the United States out of money appropriated for that purpose if the trial judge or a circuit judge certifies

Accordingly, the court DENIES Mr. Carruthers' request [Doc. No. 26] to the extent he seeks information relating to his jail time credit and unidentified "legal papers." The court GRANTS Mr. Carruthers' request for a copy of the plea agreement [Doc No. 13], and DIRECTS the Clerk to send Mr. Carruthers that document, together with a copy of the docket sheet.

SO ORDERED.

ENTERED:   June 10, 2010


   /s/ Robert L. Miller, Jr.
Judge
United States District Court

cc: L. Carruthers
   F. Schaffer

---

that the suit or appeal is not frivolous and that the transcript is needed to decide the issue presented by the suit or appeal.